No. 78–5407. GREEN v. MISSOURI BOARD OF PROBATION AND PAROLE. Motion for leave to file petition for writ of habeas corpus denied.

No. 77–6673. BROWN v. TEXAS. Appeal from County Ct. at Law No. 2, El Paso County. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case set for oral argument together with No. 77–1680, *Michigan* v. *DeFillippo* [certiorari granted, *ante*, p. 816].

No. 77–983. WASHINGTON ET AL. v. WASHINGTON STATE COMMERCIAL PASSENGER FISHING VESSEL ASSN. ET AL.; and WASHINGTON ET AL. v. PUGET SOUND GILLNETTERS ASSN. ET AL. Sup. Ct. Wash. Certiorari granted and case set for oral argument with *Washington* v. *United States*, No. 78–119, and *Puget Sound Gillnetters Assn.* v. *United States District Court for the Western District of Washington,* No. 78–139, immediately *infra*. Reported below: 88 Wash. 2d 677, 565 P. 2d 1151 (first case); 89 Wash. 2d 276, 571 P. 2d 1373 (second case).

No. 78–119. WASHINGTON ET AL. v. UNITED STATES ET AL.; and
No. 78–139. PUGET SOUND GILLNETTERS ASSN. ET AL. v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (UNITED STATES ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Cases set for oral argument with *Washington* v. *Washington State Commercial Passenger Fishing Vessel Assn.* and *Washington* v. *Puget Sound Gillnetters Assn.,* No 77–983, immediately *supra*. Reported below: No. 78–119, 573 F. 2d 1118 and 1123; No. 78–139, 573 F. 2d 1123.